Argued April 10, affirmed April 16, 1958

## JENSEN *v.* FAWVER
323 P. 2d 941

*Wolf Von Otterstedt*, Eugene, argued the cause for appellant. On the brief were Husband & Johnson, Eugene.

*Windsor Calkins*, Eugene, argued the cause for respondent. On the brief were Calkins & Calkins, Eugene.

Before PERRY, Chief Justice, and LUSK, WARNER and SLOAN, Justices.

PER CURIAM.

This is an appeal by the plaintiff from a judgment for the defendant in an action for damages for personal injuries.

We are of the opinion that the record fails to disclose reversible error, and the judgment is, therefore, affirmed.